UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| NORTH MIAMI BEACH GENERAL EMPLOYEES RETIREMENT FUND, *et al.,* <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT L. PARKINSON, *et al.*, <br><br> Defendants, <br><br> -and- <br><br> BAXTER INTERNATIONAL INC., <br><br> Nominal Defendant. | Case No. 10 C 6514 <br><br> Hon. Ruben Castillo |

## JOINT STATUS REPORT

Lead Plaintiff, Westmoreland County Employee Retirement System ("Plaintiff"), nominal Defendant, Baxter International Inc. ("Baxter") and Individual Defendants Robert L. Parkinson, Jr., Walter E. Boomer, Blake E. Devitt, John D. Forsyth, Gail D. Fosler, James R. Gavin III, Peter S. Hellman, Wayne T. Hockmeyer, Joseph B. Martin, Carole J. Shapazian, Thomas T. Stallkamp, K. J. Storm, Albert P.L. Stroucken, Robert M. Davis, Norbert G. Riedel, Joy A. Amundson, Bruce H. McGillivray, and Cheryl L. White (the "Individual Defendants"), having conferred through their respective counsel pursuant to the Court's April 4, 2012 Order (ECF No. 120), report as follows:

**1.      Settlement Status**

1

The parties have fully exhausted the possibility for settlement at this time. All parties are mindful of the need to conserve judicial resources and remain open to revisiting the issue of settlement in the future should the opportunity arise.

**2.     Pending Motions**

There are two motions pending, both of which were filed on October 17, 2011: (1) The Individual Defendants' Motion to Dismiss Plaintiff's Consolidated Verified Shareholder Complaint (ECF No. 96) and (2) Baxter's Motion to Dismiss or Stay Plaintiff's Consolidated Verified Shareholder Complaint (ECF No. 102). The motions are fully briefed and both Lead Plaintiff and Baxter have submitted supplemental authority. *See* ECF Nos. 112 (Plaintiff's Notice of New Authority); 115 (Baxter's Notice of New Authority).

Plaintiff requests that the Court set a date for oral argument on the two motions to dismiss.

**3.     Magistrate Judge**

The parties do not consent to general jurisdiction before a magistrate judge.

Dated:  April 27, 2012                              Respectfully submitted,

                                                                 SCOTT+SCOTT LLP

                                                                     /s/ Judith S. Scolnick
                                                                 Judith S. Scolnick
                                                                 Thomas L. Laughlin
                                                                 500 Fifth Avenue, 40th Floor
                                                                 New York, NY  10110
                                                                 Telephone:  (212) 223-6444
                                                                 Facsimile:  (212) 223-6334
                                                                 Email:  jscolnick@scott-scott.com
                                                                            tlaughlin@scott-scott.com

SCOTT+SCOTT LLP
Anne L. Box
Hal Cunningham
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: abox@scott-scott.com
      hcunningham@scott-scott.com

Michael J. Freed
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
Email: mfreed@fklmlaw.com

*Counsel for Lead Plaintiff Westmoreland County Employee Retirement System*


   /s/ Matthew R. Kipp
Matthew R. Kipp
Donna L. McDevitt
Andrew J. Fuchs
SKADDEN, ARPS, SLATE
MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

*Counsel for the Individual Defendants*

   /s/ Robert J. Kopecky
Robert J. Kopecky
Sarah J. Donnell
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

*Counsel for Baxter International, Inc.*

3

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to be served via the Court's electronic filing system on all counsel of record in this action.

Dated: April 27, 2012              SCOTT+SCOTT LLP


                                    /s/ Judith S. Scolnick
                              Judith S. Scolnick
                              500 Fifth Avenue, 40th Floor
                              New York, NY 10110
                              Telephone: (212) 223-6444
                              Facsimile: (212) 223-6334
                              Email: jscolnick@scott-scott.com